:D STATES DISTRICT COURT
:N DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID W. PORTER & SARAH PORTER,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLLIED INTERSTATE,<br>FINANCIAL SOLUTIONS,<br>NCO FINANCIAL SYSTEMS, INC. &<br>CAPITAL ONE BANK (USA) N.A.<br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 09-CV-01086-GLL<br><br><br><br><br>MOTION TO DISMISS<br>(Fed. R. Civ. P. 41(a)) |

## MOTION TO DISMISS "FINANCIAL SOLUTIONS" SOLUTIONS AS A DEFENDANT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs David W. Porter and Sarah Porter, by and through their undersigned attorneys, make this Motion to Dismiss "Financial Solutions" as a Defendant without prejudice.

Respectfully submitted,

/s/ James Vincent Natale
James Vincent Natale, Esquire
PA 208790
Harold Shepley & Assoc., LLC
209 West Patriot St.
Somerset, PA 15501
(814) 444-0500
Attorney for Plaintiffs

/s/ J. Chad Moore, Esquire
J. Chad Moore, Esquire
ID #76660
Harold Shepley & Assoc., LLC
270 Market Street
Millersburg, PA 17061
(717) 692-5533
Attorney for Plaintiffs

SO ORDERED, this 10th day of December. 2009
Gary L. Lancaster.
Chief U S. District Judge